**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY S. LEVY, JR.,<br><br>    Plaintiff(s),<br><br>v.<br><br>CLIENT SERVICES INC.,<br><br>    Defendant(s). | Case No. 2:23-cv-01099-APG-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). The parties failed to file a certificate of interested parties.[1]  Accordingly, the parties must each file a certificate of interested parties no later than August 22, 2022.

IT IS SO ORDERED.

Dated: August 8, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Plaintiff is proceeding *pro se*.  To be clear, if Plaintiff is unaware of any interested parties other than those already participating in the case, he may file a notice so indicating.  *See* Local Rule 7.1(b).

1