UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY S. LEVY, JR., <br><br> Plaintiff <br><br> v. <br><br> CLIENT SERVICES INC., <br><br> Defendant | Case No.: 2:23-cv-01099-APG-NJK <br><br> **Order Denying Motion to Dismiss as Moot** <br><br> [ECF No. 8] |

In light of the amended complaint (ECF No. 12),

I ORDER that the defendant's motion to dismiss **(ECF No. 8) is DENIED as moot** because it is directed at the original complaint.

DATED this 23rd day of August, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE