# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GREGORY S. LEVY, JR.,

    Plaintiff(s),

v.

CLIENT SERVICES INC.,

    Defendant(s).

Case No. 2:23-cv-01099-APG-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint proposed discovery plan must be filed by October 9, 2023.

    IT IS SO ORDERED.

    Dated: October 2, 2023

                                              Nancy J. Koppe
                                              United States Magistrate Judge