# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GREGORY S. LEVY, JR.,

    Plaintiff

v.

CLIENT SERVICES INC.,

    Defendant

Case No.: 2:23-cv-01099-APG-NJK

**Order Granting Motion to Seal**

[ECF No. 24]

    I ORDER that plaintiff Gregory Levy, Jr.'s motion to seal (ECF No. 24) is GRANTED. The clerk of court shall seal ECF No. 22-2 because it contains personal identifiers.

    I FURTHER ORDER that by April 5, 2024, the defendant shall file a publicly available redacted version that removes all of the plaintiff's personal identifiers consistent with Local Rule IC 6-1.

    DATED this 28th day of March, 2024.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE