```
          CLIENT SERVICES-CSICHASE          13:08:21  17 JUL 2023         ASSIGNED AMOUNTS
```
```
CLIENT#     3452 JP MORGAN CHASE BANK, N.A          --OWING--  -RECEIVED-              --OWING--  -RECEIVED-
ACCOUNT#    █████0988              AGN/AMT      36,169.71       0.00      PRINCIPAL   36,169.71       0.00
NAME        LEVY JR, GREGORY S     INT               0.00       0.00      ASGN INT         0.00       0.00
NAME2                              CANCELLED    36,169.71                 COMM FEES        0.00       0.00
ADDRESS     ███████               ATTORNEY          0.00       0.00      COLL FEES        0.00       0.00
ADDRESS2                           COURT             0.00       0.00      NSF FEES         0.00       0.00
CITY        MIAMI                  MISC              0.00       0.00      BAL REDUCT       0.00       0.00
ST/ZIP      FL  █████             TOTAL***          0.00       0.00      LATE CHRG        0.00       0.00
PHONE                                                                    AMISC5           0.00       0.00
NOTE LNS    302                    NET W/JMT**                  0.00      AMISC6           0.00       0.00
DESK        LS4                    STATUS: CCR  COMM: .2090               AMISC7           0.00       0.00
DOB         ████████               -- DATE --                            AMISC8           0.00       0.00
SSN         █████████             ASSIGNED 04-18-22                      AMISC9           0.00       0.00
DRL                                LAST CHG
CLIENT REF# █████████3723         LAST PAY                               MISCELLANEOUS AMOUNTS
FWD-CLIENT                         LAST ACT 11-10-22                        --OWING--  -RECEIVED-
INT RATE(D) 0                      CL LC/LP                      MISC           0.00       0.00
PACKET#     0529220358             INTR EFF 04-18-22             OVERPMT        0.00       0.00
--- SPECIAL FIELDS ---                                          NSF FEE        0.00       0.00
PATIENT                            MGR INIT                      ATTY FEE       0.00       0.00
SPC FLD2                           SPC FLD5                      MISC3          0.00       0.00
SPC FLD3                           CREDIT RPT                    MISC4          0.00       0.00
                                                                MISC5          0.00       0.00
                                                                MISC6          0.00       0.00
                                                                MISC7          0.00       0.00


--- FINANCIAL INFORMATION --- FOR ACCOUNT ████0988


(  95) DT LST PAY   10-27-19
( 108)     19982
( 117) REC SCORE    743
( 168)     0
( 172)     36169.71
( 177) RESP PARTY   Y
( 198) PORTCODE    0529220358
( 199) ACCT TYPE    CSICOR.ULUB.QT
( 205) CONTRACT D   09-05-17
( 242) CM TYPE    P
( 296) CHARGOFFDT   04-30-20
( 408) DLYCALLCNT   0
( 450) MNTHLY PAY   785.00
( 540) DT SO LTR   08-02-22
( 601) TOTPRINC$   36169.71
( 715) ATTEMPTS    0
( 716) FUTURE USE   0
(1121) STS DATE    03-19-86
(1124) OOS DTE    VISA INFINITE
(1125) SND CBRNE   ASSOCIATION CREDIT CARD
(1126) SND OOS    CHASE SAPPHIRE RESERVE
(1134) TRST ACCT   0.00
(1135) PUTBACK    N
(1136) WRT TYPE    0
(1143) CUSTID1    ████8698
(1167) SH OPT OT   00000000000001948
(1178) DSA IND    0.00
(1189) WCD DATE    01-10-68
```

(1555) LIT ATY NM   19833

--- NOTES --- FOR ACCOUNT █████0988
```
   (001) 08:44 04-19-22 PORTFOLIO ID: █████0358
 * (002) 08:48 04-19-22 BEG STRAT CHASEEM1
 * (003) 08:48 04-19-22 REQ SERIES CHASEEM1 (CHASEEM1)
 * (004) 08:48 04-19-22 END STRAT CHASEEM1
 * (005) 09:05 04-19-22 RCVD XXX-XXX-6742 FROM CHASE FOR |DV1
   (006)                (CONT) PRIMARY PRIMARY HOME
 * (007) 09:05 04-19-22 PhNum 6742 flag G to X |DV1
 * (008) 09:05 04-19-22 OPH#:786-442-6742 |DV1
 * (009) 09:05 04-19-22 RCVD XXX-XXX-7599 FROM CHASE FOR |DV1
   (010)                (CONT) PRIMARY PRIMARY HOME
 * (011) 09:05 04-19-22 RCVD XXX-XXX-6951 FROM CHASE FOR |DV1
   (012)                (CONT) PRIMARY PRIMARY OTHER
 * (013) 09:05 04-19-22 PhNum 6951 flag G to X |DV1
 * (014) 12:09 04-19-22 LIT SCRUB REQ |AID
 * (015) 13:16 04-19-22 REQ TRANSUNION-CPE REPORT |L_H
 * (016) 13:16 04-19-22 REQ TRANSUNION-CPE DECEASED SCRUB |L_H
 * (017) 13:16 04-19-22 REQ TRANSUNION-CPE BANKO SCRUB |L_H
 * (018) 13:17 04-19-22 TU BAN/DEC MONITOR REQ |AID
 * (019) 15:30 04-19-22 REC TRANSUNION-CPE REPORT
 * (020) 15:30 04-19-22 TU CPE BANKO NO HIT
 * (021) 15:30 04-19-22 TU CPE DEC NO HIT
 * (022) 16:09 04-19-22 NO CBR AUTH - BAL LT 100000
   (023) 22:05 04-19-22 SERIES missing 809 not sent missing
   (024)                (CONT) NOTICEP
 * (025) 04:31 04-20-22 SNT NTC CHASE809
 * (026) 05:01 04-20-22 PhNum 7599 flag G to C
 * (027) 05:31 04-20-22 ODSK:W48 |SMZ
 * (028) 11:02 04-20-22 TRANSUNION PHN SKIP REQ |O
 * (029) 11:55 04-20-22 TU SKP PHN SRCH RETURNED |CAA
 * (030) 15:11 04-20-22 NS PHONE SCRUB REQ |AID
 * (031) 19:04 04-20-22 NS PHONE SCRUB RET |AID
   (032) 10:47 04-21-22 TEL OTHER/DISC||CB2/CLK
   (033) 10:47 04-21-22 CALLED: 7864247910 |CB2/CLK
 * (034) 15:11 04-21-22 NS PHONE SCRUB REQ |AID
 * (035) 19:06 04-21-22 NS PHONE SCRUB RET |AID
   (036) 09:54 04-22-22 TEL OTHER/ANS MACH NO MSG||SZ/CLK
   (037) 09:54 04-22-22 CALLED: 4042421243 |SZ/CLK
   (038) 15:37 04-22-22 TEL OTHER/ANS MACH NO MSG||CB2/CLK
   (039) 15:37 04-22-22 CALLED: 4042421243 |CB2/CLK
 * (040) 17:30 04-23-22 NTC SERIES CHASEEM1 STOPPED
 * (041) 17:30 04-23-22 NTC SERIES CHASE123 STARTED
   (042) 09:35 04-25-22 TEL OTHER/ANS MACH NO MSG||SZ/CLK
   (043) 09:35 04-25-22 CALLED: 4042421243 |SZ/CLK
   (044) 14:12 04-25-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
   (045) 14:12 04-25-22 CALLED: 4042421243 |MLO/CLK
   (046) 10:36 04-26-22 TEL OTHER/ANS MACH NO MSG||BMO/CLK
   (047) 10:36 04-26-22 CALLED: 4042421243 |BMO/CLK
   (048) 10:36 04-27-22 TEL OTHER/ANS MACH NO MSG||CB2/CLK
   (049) 10:36 04-27-22 CALLED: 4042421243 |CB2/CLK
```

```
--- NOTES --- FOR ACCOUNT ███D988 (CONTINUED)
```
```
  (050) 10:43 04-28-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (051) 10:43 04-28-22 CALLED: 4042421243 |MLO/CLK
  (052) 09:42 04-29-22 TEL OTHER/ANS MACH NO MSG||BMO/CLK
  (053) 09:42 04-29-22 CALLED: 4042421243 |BMO/CLK
  (054) 14:10 04-29-22 TEL OTHER/ANS MACH NO MSG||SZ/CLK
  (055) 14:10 04-29-22 CALLED: 4042421243 |SZ/CLK
  (056) 10:13 05-02-22 TEL OTHER/ANS MACH NO MSG||BMO/CLK
  (057) 10:13 05-02-22 CALLED: 4042421243 |BMO/CLK
  (058) 14:32 05-02-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (059) 14:32 05-02-22 CALLED: 4042421243 |AM1/CLK
* (060) 08:44 05-03-22 SYSGEN: RCVD RECALL DATE: 09-15-22 |EP
* (061) 08:44 05-03-22 ACCT TYPE: PERSONAL |EP
* (062) 08:44 05-03-22 PERSONAL LIABILITY |EP
  (063) 10:33 05-03-22 TEL OTHER/ANS MACH NO MSG||CB2/CLK
  (064) 10:33 05-03-22 CALLED: 4042421243 |CB2/CLK
  (065) 10:28 05-04-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (066) 10:28 05-04-22 CALLED: 4042421243 |MLO/CLK
  (067) 11:06 05-05-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (068) 11:06 05-05-22 CALLED: 4042421243 |MLO/CLK
  (069) 10:25 05-06-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (070) 10:25 05-06-22 CALLED: 4042421243 |AM1/CLK
  (071) 14:48 05-06-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (072) 14:48 05-06-22 CALLED: 4042421243 |MLO/CLK
  (073) 10:35 05-09-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (074) 10:35 05-09-22 CALLED: 4042421243 |MLO/CLK
  (075) 11:26 05-10-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (076) 11:26 05-10-22 CALLED: 4042421243 |AM1/CLK
  (077) 10:53 05-11-22 TEL OTHER/ANS MACH NO MSG||SZ/CLK
  (078) 10:53 05-11-22 CALLED: 4042421243 |SZ/CLK
  (079) 11:24 05-12-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (080) 11:24 05-12-22 CALLED: 4042421243 |MLO/CLK
  (081) 09:41 05-13-22 TEL OTHER/ANS MACH NO MSG||CB2/CLK
  (082) 09:41 05-13-22 CALLED: 4042421243 |CB2/CLK
  (083) 14:47 05-13-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (084) 14:47 05-13-22 CALLED: 4042421243 |MLO/CLK
  (085) 09:56 05-16-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (086) 09:56 05-16-22 CALLED: 4042421243 |MLO/CLK
  (087) 15:34 05-16-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (088) 15:34 05-16-22 CALLED: 4042421243 |MLO/CLK
  (089) 11:04 05-17-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (090) 11:04 05-17-22 CALLED: 4042421243 |MLO/CLK
  (091) 10:43 05-18-22 TEL OTHER/ANS MACH NO MSG||SZ/CLK
  (092) 10:43 05-18-22 CALLED: 4042421243 |SZ/CLK
  (093) 11:11 05-19-22 TEL OTHER/ANS MACH NO MSG||BMO/CLK
  (094) 11:11 05-19-22 CALLED: 4042421243 |BMO/CLK
  (095) 09:44 05-20-22 TEL OTHER/ANS MACH NO MSG||CB2/CLK
  (096) 09:44 05-20-22 CALLED: 4042421243 |CB2/CLK
  (097) 14:47 05-20-22 TEL OTHER/ANS MACH NO MSG||CB2/CLK
  (098) 14:47 05-20-22 CALLED: 4042421243 |CB2/CLK
  (099) 09:24 05-23-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (100) 09:24 05-23-22 CALLED: 4042421243 |MLO/CLK
  (101) 14:22 05-23-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (102) 14:22 05-23-22 CALLED: 4042421243 |MLO/CLK
  (103) 10:53 05-24-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (104) 10:53 05-24-22 CALLED: 4042421243 |AM1/CLK
  (105) 10:44 05-25-22 TEL OTHER/ANS MACH NO MSG||BMO/CLK
```

```
 --- NOTES --- FOR ACCOUNT ███0988 (CONTINUED)
```

```
  (106) 10:44 05-25-22 CALLED: 4042421243 |BMO/CLK
  (107) 10:54 05-26-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (108) 10:54 05-26-22 CALLED: 4042421243 |AM1/CLK
  (109) 09:39 05-27-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (110) 09:39 05-27-22 CALLED: 4042421243 |MLO/CLK
  (111) 15:19 05-27-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (112) 15:19 05-27-22 CALLED: 4042421243 |MLO/CLK
  (113) 10:36 05-31-22 TEL OTHER/ANS MACH NO MSG||BMO/CLK
  (114) 10:36 05-31-22 CALLED: 4042421243 |BMO/CLK
  (115) 11:00 06-01-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (116) 11:00 06-01-22 CALLED: 4042421243 |MLO/CLK
  (117) 11:10 06-02-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (118) 11:10 06-02-22 CALLED: 4042421243 |MLO/CLK
* (119) 08:53 06-03-22 SYSGEN: RCVD RECALL DATE: 09-15-22 |DV1
  (120) 09:15 06-03-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (121) 09:15 06-03-22 CALLED: 4042421243 |AM1/CLK
  (122) 13:48 06-03-22 TEL OTHER/ANS MACH NO MSG||BMO/CLK
  (123) 13:48 06-03-22 CALLED: 4042421243 |BMO/CLK
* (124) 04:32 06-06-22 Settlement CREATED 3,617.00 |AID
  (125)                (CONT) (1099SOA)
* (126) 04:32 06-06-22 SNT NTC CHASESO1
  (127) 09:08 06-06-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (128) 09:08 06-06-22 CALLED: 4042421243 |MLO/CLK
  (129) 13:45 06-06-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (130) 13:45 06-06-22 CALLED: 4042421243 |AM1/CLK
  (131) 09:55 06-07-22 TEL OTHER/ANS MACH NO MSG||BMO/CLK
  (132) 09:55 06-07-22 CALLED: 4042421243 |BMO/CLK
  (133) 10:40 06-08-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (134) 10:40 06-08-22 CALLED: 4042421243 |AM1/CLK
  (135) 10:34 06-09-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (136) 10:34 06-09-22 CALLED: 4042421243 |AM1/CLK
  (137) 09:16 06-10-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (138) 09:16 06-10-22 CALLED: 4042421243 |AM1/CLK
  (139) 14:09 06-10-22 TEL OTHER/ANS MACH NO MSG||SZ/CLK
  (140) 14:09 06-10-22 CALLED: 4042421243 |SZ/CLK
  (141) 09:36 06-13-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (142) 09:36 06-13-22 CALLED: 4042421243 |MLO/CLK
  (143) 14:31 06-13-22 TEL OTHER/ANS MACH NO MSG||CB2/CLK
  (144) 14:31 06-13-22 CALLED: 4042421243 |CB2/CLK
  (145) 10:13 06-14-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (146) 10:13 06-14-22 CALLED: 4042421243 |MLO/CLK
  (147) 10:19 06-15-22 TEL OTHER/ANS MACH NO MSG||CB2/CLK
  (148) 10:19 06-15-22 CALLED: 4042421243 |CB2/CLK
  (149) 10:13 06-16-22 TEL OTHER/BUSY||SZ/CLK
  (150) 10:13 06-16-22 CALLED: 4042421243 |SZ/CLK
  (151) 09:29 06-17-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (152) 09:29 06-17-22 CALLED: 4042421243 |AM1/CLK
  (153) 14:16 06-17-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (154) 14:16 06-17-22 CALLED: 4042421243 |AM1/CLK
  (155) 09:44 06-20-22 TEL OTHER/ANS MACH NO MSG||SZ/CLK
  (156) 09:44 06-20-22 CALLED: 4042421243 |SZ/CLK
  (157) 14:43 06-20-22 TEL OTHER/ANS MACH NO MSG||BMO/CLK
  (158) 14:43 06-20-22 CALLED: 4042421243 |BMO/CLK
  (159) 10:11 06-21-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (160) 10:11 06-21-22 CALLED: 4042421243 |MLO/CLK
  (161) 10:42 06-22-22 TEL OTHER/ANS MACH NO MSG||CB2/CLK
```

```
  (162) 10:42 06-22-22 CALLED: 4042421243 |CB2/CLK
  (163) 10:23 06-23-22 TEL OTHER/BUSY||MLO/CLK
  (164) 10:23 06-23-22 CALLED: 4042421243 |MLO/CLK
  (165) 09:07 06-24-22 TEL OTHER/ANS MACH NO MSG||CB2/CLK
  (166) 09:07 06-24-22 CALLED: 4042421243 |CB2/CLK
  (167) 13:51 06-24-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (168) 13:51 06-24-22 CALLED: 4042421243 |MLO/CLK
  (169) 09:21 06-27-22 TEL OTHER/ANS MACH NO MSG||BMO/CLK
  (170) 09:21 06-27-22 CALLED: 4042421243 |BMO/CLK
  (171) 13:13 06-27-22 TEL OTHER/ANS MACH NO MSG||SZ/CLK
  (172) 13:13 06-27-22 CALLED: 4042421243 |SZ/CLK
  (173) 09:41 06-28-22 TEL OTHER/ANS MACH NO MSG||CB2/CLK
  (174) 09:41 06-28-22 CALLED: 4042421243 |CB2/CLK
  (175) 10:16 06-29-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (176) 10:16 06-29-22 CALLED: 4042421243 |AM1/CLK
  (177) 09:35 06-30-22 TEL OTHER/ANS MACH NO MSG||SZ/CLK
  (178) 09:35 06-30-22 CALLED: 4042421243 |SZ/CLK
  (179) 08:54 07-01-22 TEL OTHER/ANS MACH NO MSG||BMO/CLK
  (180) 08:54 07-01-22 CALLED: 4042421243 |BMO/CLK
  (181) 11:34 07-01-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (182) 11:34 07-01-22 CALLED: 4042421243 |MLO/CLK
  (183) 18:00 07-02-22 SETTLEMENT NEGOTIATED||AID
  (184) 18:00 07-02-22 SETTLEMENT BROKEN||AID
* (185) 18:00 07-02-22 Settlement DELETED |AID
* (186) 04:31 07-04-22 Settlement CREATED 7,234.00 |AID
  (187)                 (CONT) (1099SOA)
* (188) 04:31 07-04-22 SNT NTC CHASESO2
* (189) 08:19 07-05-22 SYSGEN: RCVD RECALL DATE: 09-15-22 |DV1
  (190) 09:34 07-05-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (191) 09:34 07-05-22 CALLED: 4042421243 |MLO/CLK
  (192) 09:39 07-06-22 TEL OTHER/ANS MACH NO MSG||BMO/CLK
  (193) 09:39 07-06-22 CALLED: 4042421243 |BMO/CLK
  (194) 09:53 07-07-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (195) 09:53 07-07-22 CALLED: 4042421243 |MLO/CLK
  (196) 09:46 07-08-22 TEL OTHER/ANS MACH NO MSG||BMO/CLK
  (197) 09:46 07-08-22 CALLED: 4042421243 |BMO/CLK
  (198) 14:37 07-08-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (199) 14:37 07-08-22 CALLED: 4042421243 |AM1/CLK
  (200) 09:04 07-11-22 TEL OTHER/ANS MACH NO MSG||SZ/CLK
  (201) 09:04 07-11-22 CALLED: 4042421243 |SZ/CLK
  (202) 09:56 07-12-22 TEL OTHER/ANS MACH NO MSG||SZ/CLK
  (203) 09:56 07-12-22 CALLED: 4042421243 |SZ/CLK
  (204) 10:41 07-13-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (205) 10:41 07-13-22 CALLED: 4042421243 |AM1/CLK
  (206) 09:55 07-14-22 TEL OTHER/ANS MACH NO MSG||BMO/CLK
  (207) 09:55 07-14-22 CALLED: 4042421243 |BMO/CLK
  (208) 09:55 07-15-22 TEL OTHER/ANS MACH NO MSG||SZ/CLK
  (209) 09:55 07-15-22 CALLED: 4042421243 |SZ/CLK
  (210) 14:39 07-15-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (211) 14:39 07-15-22 CALLED: 4042421243 |MLO/CLK
  (212) 09:11 07-18-22 TEL OTHER/ANS MACH NO MSG||MLO/CLK
  (213) 09:11 07-18-22 CALLED: 4042421243 |MLO/CLK
  (214) 15:24 07-18-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (215) 15:24 07-18-22 CALLED: 4042421243 |AM1/CLK
  (216) 10:36 07-19-22 TEL OTHER/ANS MACH NO MSG||AM1/CLK
  (217) 10:36 07-19-22 CALLED: 4042421243 |AM1/CLK
```

```
--- NOTES --- FOR ACCOUNT ████████0988 (CONTINUED)
```
```
* (218) 11:02 07-20-22 TKL:LAD=07-19-22;DWA=07-22-22 |NAW
  (219) 11:01 07-20-22 MMW & 2PRTY CNST ISSD, CNSMR VRFD BY-|WB/NAW
  (220)                S/W CM OFFRD BIF $7234 LUMP SUM
  (221)                SIF CM ADV AT WRK UNABLE TO
  (222)                DISCUSSGVE# FOR C/B
* (223) 11:02 07-20-22 TKL:LAD=07-19-22;DWA=07-22-22 |NAW
* (224) 11:02 07-20-22 SUPP REV *C9 |NAW
* (225) 11:02 07-20-22 SNT TO MANAGER SUPP DSK FOR DSK-850 |NAW
* (226) 11:03 07-20-22 SUPP REV ADD BCK |HNN
  (227) 11:03 07-20-22 ** MANAGER REVIEW ***|WB/HNN
* (228) 11:03 07-20-22 ODSK:LS3 |HNN
  (229) 10:57 07-20-22 TEL OTHR: NO PROM||NAW/CLK
  (230) 10:57 07-20-22 CALLED: 4042421243 |NAW/CLK
* (231) 16:40 07-25-22 TKL:LAD=07-20-22;DWA=07-26-22 |NAW
  (232) 15:32 07-27-22 TEL OTHER/ANS MACH NO MSG||NAW/
  (233) 15:32 07-27-22 CALLED: 4042421243 |NAW/
* (234) 16:05 07-28-22 TKL:LAD=07-27-22;DWA=07-30-22 |NAW
  (235) 16:04 07-28-22 MMW & 2PRTY CNST ISSD, CNSMR VRFD BY-||NAW
  (236)                S/W CM ADV AT WRK UNABLE TO
  (237)                DISCUSS
  (238) 16:03 07-28-22 TEL OTHR: NO PROM||NAW/
  (239) 16:03 07-28-22 CALLED: 4042421243 |NAW/
  (240) 18:00 07-30-22 SETTLEMENT NEGOTIATED||AID
  (241) 18:00 07-30-22 SETTLEMENT BROKEN||AID
* (242) 18:00 07-30-22 Settlement DELETED |AID
* (243) 04:30 08-02-22 Settlement CREATED 3,617.00 |AID
  (244)                   (CONT) (1099SOA)
* (245) 04:30 08-02-22 SNT NTC CHASESO3
* (246) 14:50 08-02-22 TKL:LAD=07-28-22;DWA=08-03-22;NS=DS |NAW
  (247)                   (CONT) K-850
* (248) 09:11 08-03-22 SYSGEN: RCVD RECALL DATE: 09-15-22 |DV1
* (249) 09:49 08-11-22 TKL:LAD=08-02-22;DWA=08-04-22 |NAW
  (250) 09:48 08-11-22 TEL OTHER/NO ANSWER||NAW/
  (251) 09:48 08-11-22 CALLED: 4042421243 |NAW/
  (252) 16:38 08-17-22 TEL OTHER/BUSY||NAW/
  (253) 16:38 08-17-22 CALLED: 4042421243 |NAW/
* (254) 09:55 08-18-22 TKL:LAD=08-17-22;DWA=08-17-22 |NAW
  (255) 09:55 08-18-22 TEL OTHER/BUSY||NAW/
  (256) 09:55 08-18-22 CALLED: 4042421243 |NAW/
* (257) 11:40 08-19-22 TKL:LAD=08-18-22;DWA=08-18-22 |NAW
  (258) 11:40 08-19-22 TEL OTHER/NO ANSWER||NAW/
  (259) 11:40 08-19-22 CALLED: 4042421243 |NAW/
* (260) 16:27 08-25-22 TKL:LAD=08-19-22;DWA=08-22-22 |NAW
  (261) 16:26 08-25-22 TEL OTHER/NO ANSWER||NAW/
  (262) 16:26 08-25-22 CALLED: 4042421243 |NAW/
  (263) 18:00 08-28-22 SETTLEMENT NEGOTIATED||AID
  (264) 18:00 08-28-22 SETTLEMENT BROKEN||AID
* (265) 18:00 08-28-22 Settlement DELETED |AID
* (266) 09:32 08-31-22 TKL:LAD=08-25-22;DWA=08-28-22 |NAW
  (267) 09:31 08-31-22 TEL OTHER/BUSY||NAW/
  (268) 09:31 08-31-22 CALLED: 4042421243 |NAW/
* (269) 15:33 08-31-22 TKL:DWA=08-31-22 |NAW
* (270) 16:10 09-01-22 TKL:LAD=08-31-22;DWA=09-02-22 |NAW
* (271) 08:05 09-06-22 SYSGEN: RCVD RECALL DATE: 09-15-22 |DV1
* (272) 16:24 09-06-22 TKL:LAD=09-01-22;DWA=09-03-22;PP$=7 |NAW
  (273)                   (CONT) 234
```

```
*  (274)  16:24  09-06-22  SUPP REV *C9 |NAW
*  (275)  16:24  09-06-22  SNT TO MANAGER SUPP DSK FOR POOL |NAW
   (276)  16:22  09-06-22  TEL OTHER/NO ANSWER||NAW/
   (277)  16:22  09-06-22  CALLED: 4042421243 |NAW/
   (278)  08:22  09-07-22  ** MANAGER REVIEW ***|WB/HNN
*  (279)  08:22  09-07-22  ODSK:850 |HNN
*  (280)  08:22  09-07-22  REF BCK: |HNN
   (281)  11:23  09-08-22  TEL OTHER/ANS MACH NO MSG||CB2/CLK
   (282)  11:23  09-08-22  CALLED: 4042421243 |CB2/CLK
   (283)  10:49  09-09-22  TEL OTHER/ANS MACH NO MSG||SZ/CLK
   (284)  10:49  09-09-22  CALLED: 4042421243 |SZ/CLK
*  (285)  08:43  09-12-22  OSTS:ACT |DV1
*  (286)  08:43  09-12-22  CANCELLED-CCR 36169.71 |DV1
*  (287)  09:16  09-12-22  SYSGEN: SNT CHASE AAA - CONFCHCL |DV1
*  (288)  09:16  09-12-22  SYSGEN: SNT CHASE 215 - 5 |DV1
*  (289)  09:17  09-12-22  CANCELLED-CCR 36169.71 |DV1
*  (290)  17:25  09-13-22  TU MONITOR DISCONTINUED |AID
*  (291)  13:09  11-01-22  SYSGEN: COMM RATE CHANGED PER |AID
   (292)                    (CONT) CLIENT
*  (293)  11:50  11-02-22  SYSGEN: COMM RATE CHANGED PER |AID
   (294)                    (CONT) CLIENT
*  (295)  08:57  11-03-22  SYSGEN: REVERT COMM RATE-OLD COMM |AID
   (296)                    (CONT) RATE:0.2299 NEW COMM
   (297)                    (CONT) RATE:.2090
   (298)  16:34  11-10-22  MMW & 2PRTY CNST ISSD, CNSMR VRFD BY-|WB/NAW
   (299)                    S/W CM GVE ACCT STATUS AND CLNT#
   (300)  16:29  11-10-22  CNSMT CALLED: NO PROM||NAW/IB
   (301)  16:29  11-10-22  CALLED: 4042421243 |NAW/IB
*  (302)  22:37  11-10-22  REM BY CANCELLATION
```